IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EDGAR QUINTANILLA,<br><br>Plaintiff,<br><br>v.<br><br>HOMER BRYSON; ROBERT TOOLE; OTIS STANTON; WARDEN DOUG WILLIAMS; ERIC SMOKES; LT. DERIC GODFREY; and MRS. WATKINS, all in their individual and official capacities,<br><br>Defendants. | CIVIL ACTION NO.: 6:17-cv-4 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 20), to which Plaintiff filed Objections, (doc. 22). The Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint, **DISMISSES AS MOOT** all pending Motions, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 31st day of August, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA