IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EDGAR QUINTANILLA,<br><br>Plaintiff,<br><br>v.<br><br>HOMER BRYSON; ROBERT TOOLE; OTIS STANTON; WARDEN DOUG WILLIAMS; ERIC SMOKES; LT. DERIC GODFREY; and MRS. WATKINS,<br><br>Defendants. | CIVIL ACTION NO.: 6:17-cv-4<br><br>FILED<br>Scott L. Poff, Clerk<br>United States District Court<br><br>By James Burrell at 2:16 pm, Nov 08, 2017 |

## **ORDER**

Presently before the Court is Plaintiff's Motion for Documents at Government's Expense. (Doc. 25) Plaintiff filed his Complaint on January 9, 2017, (doc. 1), and on August 7, 2017, the Magistrate Judge issued a Report and Recommendation to dismiss Plaintiff's Complaint, (doc. 20). After an independent and *de novo* review of the record, the undersigned adopted the Report and Recommendation and dismissed this case. (Docs. 23, 24.) Therefore, Plaintiff's Motion, filed on September 6, 2017, has no bearing on the Court's judgment of dismissal.

Accordingly, the Court **DISMISSES AS MOOT** Plaintiff's Motion for Documents. However, the Court **DIRECTS** the Clerk of Court to provide Plaintiff with one courtesy copy of the docket sheet. Should Plaintiff request copies of documents or the docket sheet in the future, he must pay $0.50 per page for any copies that he is requesting. As to any future requests, the Court hereby **AUTHORIZES** and **DIRECTS** the Clerk of Court to provide Plaintiff with any documents that he requests at the cost of $0.50 per page and to seek prepayment of those fees.

The Court's Order dated August 31, 2017, (doc. 23), remains the Order of this Court, and this case remains closed.

**SO ORDERED**, this ____8th____ day of November, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT
~~SOUTHERN~~ DISTRICT OF GEORGIA