**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

EDGAR QUINTANILLA,

        Plaintiff,

    v.

HOMER BRYSON,

        Defendants.

CIVIL ACTION NO.: 6:17-CV-4

## STATUS REPORT

       With the discovery period having now concluded in the above captioned case, the Parties make the following report to the Court.

## I.    DISCOVERY

    A.  Is all discovery completed in this case?

          ☐ Yes        ☒ No

- If "No", please list what discovery is remaining:

    **Plaintiff has an outstanding subpoena for documents issued to the Georgia Department of Corrections. Additionally, Plaintiff has filed a motion for leave to file a second amended complaint to, among other things, add as a defendant Steve Upton. If that motion is granted, Plaintiff intends to take action to depose Mr. Upton.**

    **The parties do not anticipate undertaking any other document or depositions discovery.**

    B.  Are there any discovery issues which have been or will be brought before the Court for resolution?

          ☒ Yes        ☐ No

- If "Yes", please briefly explain:

None at this time. But Plaintiff has filed a motion for leave to file a second amended complaint to, among other things, add as a defendant Steve Upton. If that motion is granted, Plaintiff intends to work with Mr. Upton's counsel so that he can provide a brief deposition. If such efforts are unsuccessful, Plaintiff will seek Court approval to depose Mr. Upton, since the deadline to depose fact witnesses has passed.

## II.  SETTLEMENT

A.  Have the parties made efforts to resolve this case?

☐ Yes        ☒ No

- If "Yes", please explain those efforts:

   Click here to enter text.

B.  Are the parties prepared to discuss settlement of this case with the Court at this time?

☐ Yes        ☒ No

- If "No", please explain:

   **Plaintiff recently filed a motion to amend its complaint to, among other things, add as a defendant Steve Upton. Plaintiff believes it would be premature to discuss settlement prior to (1) the Court ruling on that motion, and (2) Mr. Upton giving a deposition.**

C.  Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

☐Yes        ☒ No

- If "Yes", please list those parties:

   Click here to enter text.

D.  The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference.  (*Please provide several dates for the Court's consideration in scheduling.  Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present.*)

   **May 24, 2019; May 31, 2019; June 5, 2019**

### III.  MOTIONS

A.  The Plaintiff(s) anticipate filing the following Motions:

&boxtimes;  None

☐  Motion for Summary Judgment

☐  Motion to Exclude Expert Testimony

☐  Other Motion(s) (Except for Motions in Limine), please explain:

Click here to enter text.

B.  The Defendant(s) anticipate filing the following Motions:

☐  None

&boxtimes;  Motion for Summary Judgment

☐  Motion to Exclude Expert Testimony

☐  Other Motion(s) (Except for Motions in Limine), please explain:

Click here to enter text.

### IV.  ADDITIONAL MATTERS

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

Click here to enter text.

Dated:  April 17, 2019

*/s/ Christian Menefee*
Christian Menefee, Counsel for Plaintiff

_/s/ Elizabeth M. Crowder_

Elizabeth M. Crowder, Counsel for Defendants