# United States District Court
## Southern District of Georgia

EDGAR QUINTANILLA,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:17-cv-4

HOMER BRYSON, et al.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated March 20, 2020, granting Defendants' Motion for summary judgment and granting Plaintiff's motion to dismiss without prejudice Count II of Plaintiff's second amended complaint, judgment is hereby entered in favor of Defendant Wright and against Plaintiff Edgar Quintanilla. This case stands closed.

Approved by: _____

| March 24, 2020 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |

_____
*(By) Deputy Clerk*